UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00400-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNIE CALVIN COLLETT,

    Defendant.

_____

**ORDER GRANTING MOTION FOR COMPETENCE EVALUATION
AND VACATING HEARINGS AND TRIAL**
_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Determine Competence (**# 11**).

The Motion to Determine Competence is **GRANTED**. Pursuant to 18 U.S.C. § 4247(b), the Defendant shall be examined by Dr. Susan Bogard, 3300 E. First Avenue, Suite 590, Denver, Colorado, tel. (303) 320-1968, and pursuant to 18 U.S.C. § 4247(c), Dr. Bogard shall issue a report addressing both his competence to stand trial under 18 U.S.C. § 4241, and his sanity at the time of the charged offenses under 18 U.S.C. § 4242. Unless otherwise authorized by the Court, the examination shall be conducted within 45 days of the date of this Order, and shall issue a

report to the Court and to counsel within 30 days thereafter. Counsel shall jointly confer with Dr. Bograd and the United States Marshal to determine a convenient date and location for the examination.

The Pretrial Conference set for November 13, 2008 and the trial set for November 17, 2008 are **VACATED**.

Dated this 6th day of November, 2008.

                                    **BY THE COURT:**

_____

                                    Marcia S. Krieger
                                    United States District Judge